IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | 14-mj-00048-B |
| | * | |
| **GRAND JURY PROCEEDINGS** | * | |

**UNITED STATES' MOTION TO WITHDRAW
MOTION TO EXTEND TIME UNDER SEAL**

**COMES NOW** the United States of America, by and through the United States Attorney for the Southern District of Alabama, Kenyen R. Brown, and Assistant United States Attorney, Christopher J. Bodnar, and hereby moves this Honorable Court to withdraw the Motion to Extend Time Under Seal in the best interest of justice.

Dated this 6th of August 2015.

Respectfully submitted,

KENYEN R. BROWN
UNITED STATES ATTORNEY
by:
*s/ Christopher J. Bodnar*
Christopher J. Bodnar
Assistant United States Attorney
Telephone: (251) 441-5845
Fax: (251) 441-5277

1